**Electronically Filed**
**Supreme Court**
**SCWC-21-0000196**
**16-JUN-2022**
**11:16 AM**
**Dkt. 25 ODAC**

SCWC-21-0000196

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Interest of L.S.K and V.S.K.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000196; FC-S No. 18-00077)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Mother-Appellant's Application for Writ of Certiorari filed on May 11, 2022, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 16, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

